# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Knowles Electronics, LLC

　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:11–cv–06804

　　　　　　　　　　　　　　　　　　　　Honorable Joan H. Lefkow

Analog Devices Inc.

　　　　　　　　　　　　Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 13, 2013:

　　　　MINUTE entry before Honorable Joan H. Lefkow:Pursuant to Joint Stipulation to Dismiss [266], this action, including all claims and counterclaims, is dismissed with prejudice, subject to the terms of that certain agreement entitled "Cross License, Settlement, and Release Agreement" and dated March 11,2013, with each party to bear its own costs, expenses, and attorneys' fees. Case is dismissed with prejudice. Any and all pending motions are moot and all scheduling dates and court dates, including final pretrial conference of 5/10/2013 and trial date of 6/3/2013, are stricken. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.